*Smart*

*v*

*Russell*

9. oct. 1811.

[Case 364, Paper 6]

We the Jurors find for the Dft

Peter Desnoyer
forman

Jury Room 9th Octr 1811